UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62133-CIV-SMITH

MICHAEL METZIGIAN,

    Plaintiffs

vs.

W HOTEL MANAGEMENT, INC.,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 15], in which the Magistrate Judge recommends granting the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 12]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) Magistrate Judge's Report and Recommendation to District Judge [DE 15] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 12] is **GRANTED.**

3) All pending motions are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

    5)       This case is **CLOSED.**

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of September 2022.

                                                                                                                  **RODNEY SMITH**
                                                                                                         **UNITED STATES DISTRICT JUDGE**

cc: All counsel of record